GULFTEX DRUG CO., Inc., Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 17097.

United States Court of Appeals
Fifth Circuit.

Dec. 10, 1958.

Leonard L. Scott, W. S. Miller, Jr., E. Chas. Eichenbaum, Little Rock, Ark., for petitioner.

John J. Pajak, Harry Baum, Dept. of Justice, Washington, D. C., John M. Morawski, Sp. Atty., I.R.S., Washington, D. C., Arch M. Cantrall, Chief Counsel, I.R.S., Washington, D. C., Lee A. Jackson, Atty. Dept. of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., for respondent.

Before TUTTLE, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The facts of this case, the problem presented, and the solution of the problem are set forth in the opinion of the Tax Court, 29 T.C. 118. Finding ourselves in accord with the conclusion reached by the Tax Court, its decision is

Affirmed.

---

Edmond C. FLETCHER, Petitioner,

v.

Honorable Albert V. BRYAN, a Judge of the United States District Court for the Eastern District of Virginia.

No. 7782.

United States Court of Appeals
Fourth Circuit.

Submitted Nov. 12, 1958.

Decided Nov. 13, 1958.

Before SOBELOFF, Chief Judge, HAYNSWORTH, Circuit Judge, and BOREMAN, District Judge.

PER CURIAM.

This petition for mandamus against a district judge raises again a matter that in one form or another has repeatedly received the attention of courts in this circuit and in the District of Columbia Circuit. Fletcher v. Laws, 62 App.D.C. 40, 64 F.2d 163; In re Fletcher, 71 App. D.C. 108, 107 F.2d 666; Fletcher v. Evening Star Newspaper Co., 72 App.D.C. 303, 114 F.2d 582; Fletcher v. Krise, 4 Cir., 138 F.2d 740; Fletcher v. Maupin, 4 Cir., 138 F.2d 742; Fletcher v. United States, 4 Cir., 174 F.2d 373; Fletcher v. Bryan, 4 Cir., 175 F.2d 716; In re Fletcher, 4 Cir., 216 F.2d 915; In re Fletcher, 4 Cir., 221 F.2d 477; Fletcher v. Norfolk Newspapers, Inc., 4 Cir., 239 F.2d 169.

The petition is

Denied.